UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TANNER

CIVIL ACTION

VERSUS

20-530-SDD-SDJ

EAST BATON ROUGE PARISH
SHERIFF'S OFFICE, ET AL.

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Schott D. Johnson, dated October 19, 2021, to which no opposition was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over any potential state law claims, and this action is hereby dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana the 10th day of November, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 13.